| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Buddy Trahan, §
        Plaintiff, §
§
versus § Civil Action H-13-2927
§
Liberty Mutual Insurance Company, §
        Defendant. §

## Management Order

1. By October 30, 2013, Buddy Trahan must:
    A. Hire an attorney to represent him in the benefit review conference.
    B. Tell counsel for Liberty Mutual Insurance Company of this new lawyer.

2. By October 31, 2013, Liberty Mutual must report on the status of this case.

Signed on October 21, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge