| United States District Court | Southern District of Texas |
|---|---|

| Buddy Trahan, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-13-2927 |
| | § | |
| Liberty Mutual Insurance Company, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

1. Buddy Trahan's claims against Liberty Mutual Insurance Company are dismissed in favor of the benefit review conference at the Texas Department of Insurance. (5)

2. If Trahan chooses to persist in his claims after the agency's ruling, he may move to reopen the case. The court retains jurisdiction to hear that motion.

Signed on October 25, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge