| United States District Court | | Southern District of Texas |
|---|---|---|
| Buddy Trahan, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-13-2927 |
| Liberty Mutual Insurance Company, | § § | |
| Defendant. | § | |

## Order Reinstating Case

1. The case is reinstated. (11)

2. By November 18, 2013, Liberty Mutual Insurance Company must respond to Buddy Trahan's motion to remand.

Signed on November 5, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge