IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BUDDY TRAHAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:13-cv-02927 |
| § | |
| LIBERTY MUTUAL INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

NOTICE OF APPEAL

Notice is hereby given that Buddy Trahan, the plaintiff in the above-captioned action, appeals to the United States Court of Appeals for the Fifth Circuit from (i) the Order Denying Remand entered November 20, 2013, and (ii) the Final Dismissal entered November 20, 2013.

Dated: November 25, 2013

Respectfully submitted,

**LUBEL VOYLES LLP**

By: /s/ Lance Lubel
Lance H. Lubel
Texas State Bar No.: 12651125
McKenna Harper
Texas State Bar No.: 24041056
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone No.: (713) 284-5200
Facsimile No.: (713) 284-5250
Email:lance@lubelvoyles.com
mckenna@lubelvoyles.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Appeal* has been forwarded to all known counsel of record via the Court's ECF filing system, certified mail, return receipt requested, facsimile, email or hand delivery on this the 25th day of November, 2013.

/s/ Lance Lubel
Lance Lubel